UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN WARNER,<br><br>                      Plaintiff,<br><br>-against-<br><br>DONALD UHLER, NURSE NELSON, COUNSELOR DENNY, SERGEANT BULLOCK, SERGEANT JOHN DOE 1, NURSE JANE DOE 2, NURSE JANE DOE 3, and JOHN AND JANE DOE 4-10,<br>                      Defendants. | Civil Action No.:<br><br>9:20-cv-1219 (LEK/ATB)<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s), with no party hereto being an infant or incompetent, that the above-captioned action is voluntarily dismissed without prejudice against all defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

    Dated: December 22, 2020

By: _____
     Brian W. Matula
     State of New York,
     Office of the Attorney General
     *Attorneys for Defendants*
     The Capitol
     Albany, New York 12224
     Ph: (518) 776-2599
     Fx: (518) 915-7738

By: _____
     Jaehyun Oh
     Jacob D. Fuchsberg Law Firm, LLP
     *Attorneys for Plaintiff*
     3 Park Avenue, 37th Floor
     New York, New York 10016
     Ph: (212) 869-3500
     Fx: (212) 398-1532

IT IS SO ORDERED:

_____
Lawrence E. Kahn
Senior U.S. District Judge

Dated: __12/23/2020__